1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Plaintiff KATHLEEN SMITH

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC.,<br><br>        Defendant. | CASE NO.   C 08-02877 EMC<br><br>**REQUEST FOR DISMISSAL**<br><br>Dept:    C<br>Judge:   Edward M. Chen |

Plaintiff hereby notifies the Court that she has entered into a settlement agreement with defendant Countrywide Home Loans that resolves all of the issues raised in this action. Accordingly, Plaintiff respectfully requests that her Complaint be dismissed with prejudice.

DATED: August 18, 2008           JEFFER, MANGELS, BUTLER & MARMARO LLP
                                 MICHAEL J. HASSEN
                                 CHRISTOPHER H. DOYLE

                                 By: /s/ Michael J. Hassen
                                        MICHAEL J. HASSEN
                                 Attorneys for Plaintiff KATHLEEN SMITH

PRINTED ON
RECYCLED PAPER

758598v1

**PROOF OF SERVICE BY MAIL**

*Kathleen Smith v. Countrywide Home Loans, Inc.*

USDC Case No. C 08-02877 EMC

I am a citizen of the United States and I am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 18, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

REQUEST FOR DISMISSAL

in a sealed envelope, postage fully paid, addressed as follows:

ATTORNEYS FOR DEFENDANT
COUNTRYWIDE HOME LOANS, INC.

Nafiz Cekirge
Countrywide Home Loans, Inc.
5220 Las Virgenes Road, Mail Stop AC-11
Calabasas, CA 91302
Telephone: (818) 871-4814
Facsimile: (818) 871-4669
Nafiz_Cekirge@Countrywide.Com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 18, 2008, at San Francisco, California.

Kathy Walker

PRINTED ON
RECYCLED PAPER

738346v1